JS - 6
**FILED: 11/16/11**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Eli Kaspi, et al.*, | CASE NO. CV 11-2617-GHK (FMOx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *United States Department of Homeland Security, et al.*, | |
| Defendants. | |

Pursuant to the Court's October 24, 2011 and November 16, 2011 Orders, IT IS HEREBY ADJUDGED that Plaintiffs Eli Kaspi and Hofit Ety Kaspi's ("Plaintiffs") claims against Defendants United States Department of Homeland Security, United States Citizenship and Immigration Services, Alejandro Mayorkas, and David L. Roark are **DISMISSED with prejudice**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: November 16, 2011

_____
GEORGE H. KING
United States District Judge