**FILED: 5/4/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Eli Kaspi, et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> *United States Department of Homeland Security, et al.,* <br><br> Defendants. | CASE NO. CV 11-2617-GHK (FMOx) <br><br> JUDGMENT |

Pursuant to the Court's May 4, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Eli Kaspi and Hofit Ety Kaspi's ("Plaintiffs") claims against Defendants United States Department of Homeland Security, United States Citizenship and Immigration Services, Alejandro Mayorkas, and David L. Roark are **DISMISSED with prejudice**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: May 4, 2012

_____
GEORGE H. KING
United States District Judge